# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 FEB 24 A 10: 20
CLERK OF COURT

(Full name of plaintiff(s))

Angela Patrice Avery

v.

(Full name of defendant(s))

State of Wisconsin Department of Corrections - Nick and Kevin Johnson

Case Number: 26-C-310
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   5182 N. Lovers Lane Rd #5 Milwaukee, WI 53225
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Wisconsin department of correction - Nick and Kevin Johnson.
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __3099 E. Washington Ave PO Box 7925 Madison, WI 53707__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Wisconsin DOC - 3099 E. Washington Ave PO Box 7925 Madison WI 53707__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On September 25th, 2025, during POSC training at the Armory used by the Wisconsin Department of Corrections. Plantiff was performing required training exercises under supervison of the Dezendants. Trainer Kevin and Trainer Nick grabbed Plantiff and cupplied Physical excessive force knocking Plantiff to the ground on her left side. Physical force that exceeded what was necessary and violated DOC safety and restraint policies.

As a direct result of this excessive force,

Complaint – 2

Plaintiff sustained a corneal abrasion, requiring medical treatment.

Plaintiff reported the incident through DOC's grievance process and received an email demanding Plaintiff take a unpaid leave. Plaintiff declined the leave because it was unnecessary due to being a new employee, and not having time made available.

Plaintiff was never notified of any outcomes, and no corrective action was taken.

Following the incident Plaintiff has sinced experienced ongoing mental and emotional distress, including Anxiety, flashbacks, sleep disturbance, and difficulty concentrating.

The actions of the defendants violated DOC Policies designed to protect employees and consituted excessive and unlawful use of force

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Count 1- Violation of civil rights (excessive force/ 42 U.S.C. §1983)

* Defendants, acting under color of state law, applied unnecessary and excessive force, causing injury and distress. I suffered physical injury (corneal abrasion, and emotional trauma.

Count 2- Negligence / failure to follow safety policies
Optional / state law
Count 3- Retaliation / Adverse employment action.
Forcing leave for filing a complaint

Damages compensatory damages, emotional damages, and declaratory relief, and any other relief the court deems just in proper. Plaintiff seek judgment in the amount of $1,500,000.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __Feb__ 20__26__.

Respectfully Submitted,

_Angela Avery_
Signature of Plaintiff

__414-509-9419__
Plaintiff's Telephone Number

__msavery333@gmail.com__
Plaintiff's Email Address

__5182 N. Lovers Lane Rd #5__

__Milwaukee, WI 53225__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5